UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**BRENDA L. REYNOLDS,**

    **Plaintiff,**

v.                                                                         Civil Action No. 1:15cv00982-CMH-IDD

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,** *et al.,*

    **Defendants.**

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR AN EXTENSION OF TIME

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), files this motion for an extension of time to and including October 2, 2015, within which to file its responsive pleadings to the Complaint filed by Plaintiff, Brenda L. Reynolds, and states as follows:

Experian's counsel, who was just retained, continues to review the allegations of the Complaint and requires additional time to respond to the same. Experian's counsel has communicated with counsel for Plaintiff, Brenda L. Reynolds, who is agreeable to the requested extension. A proposed Agreed Order with the fully endorsed, electronic signatures of counsel is attached hereto as Exhibit 1.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Experian's Motion for an Extension of Time; (2) providing Experian with an extension of time to file its responsive pleadings to the Complaint, until on or before October 2, 2015; and (3) awarding Experian such further relief as the Court deems appropriate.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: /s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc*.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2015, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett, Esq.
Consumer Litigation Assoc PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

Thomas R. Breeden
Thomas R. Breeden PC
10326 Lomond Drive
Manassas, VA 20109
Telephone: 703-361-9277
Facsimile: 703-257-2259
Email: trb@tbreedenlaw.com
*Counsel for Plaintiff*

Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

26584713